Bob GEARY, Robert Silvestri; Dennis Mark; Melissa Gundrun; Wayne Johnson; David Soule; Max Woods; Peter Johnson; Robert Gebert; Election Action; Terence Faulkner; Sudi Trippet, Plaintiffs–Appellees,

v.

Louise RENNE, San Francisco City Attorney; Diane Feinstein; Jay Patterson; San Francisco Board of Supervisors; City and County of San Francisco; San Francisco Registrar of Voters, Defendants–Appellants.

Dennis MARK; Bob Geary; Robert Silvestri; Terence Faulkner; Max Woods; Alexa Smith, Plaintiffs–Appellees,

v.

Michelle CORWIN, Acting Registrar of Voters; Louise Renne, San Francisco City Attorney; City and County of San Francisco, Defendants–Appellants.

Dennis MARK; Bob Geary; Robert Silvestri; Terence Faulkner; Max Woods; Alexa Smith, Plaintiffs–Appellants,

v.

Michelle CORWIN; Louise Renne, San Francisco City Attorney; City and County of San Francisco, Defendants–Appellees.

Bob GEARY, Robert Silvestri; Dennis Mark; Melissa Gundrun; Wayne Johnson; David Soule; Max Woods; Peter Johnson; Robert Gebert; Election Action; Terence Faulkner; Sudi Trippet, Plaintiffs–Appellants,

v.

Louise RENNE, San Francisco City Attorney; Diane Feinstein, Mayor; Jay Patterson; San Francisco Board of Supervisors; City and County of San Francisco; San Francisco Registrar of Voters, Defendants–Appellees.

Nos. 89–15601, 89–15603, 89–15719 and 89–15720.

United States Court of Appeals, Ninth Circuit.

Jan. 30, 1991.

Arlo Hale Smith, San Francisco, Cal., for plaintiffs-appellees-cross-appellants.

Randy Riddle, Deputy City Atty., San Francisco, Cal., for defendants-appellees.

Pebbles Trippet, San Francisco, Cal., in pro. per., for plaintiff-appellee-cross-appellant.

Before: GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, and T.G. NELSON, Circuit Judges.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

GREENPEACE USA, a California non-profit corporation; Stichting Greenpeace Council, sometimes known as Greenpeace International, a not-for-profit stichting incorporated in the Netherlands; Institute for the Advancement of Hawaiian Affairs, a Hawaii non-profit corporation; World Council of Indigenous Peoples—Hawaii, a Hawaii non-profit corporation; and Wal-